UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT KALANI,

                                 NO. CIV. S-12-959 LKK/DAD

        Plaintiff,

    v.

LEONE B. WIEBE, TRUSTEE
OF THE LEONE B. WIEBE
FAMILY TRUST DATED JUNE 13,
1990; HOLLYWOOD CAFE LODI,             O R D E R
A California Corporation dba
HOLLYWOOD FAMILY CAFE,

        Defendants.
_____/

    A status conference was held in chambers on August 27, 2012.

After hearing, the court orders as follows:

    1.    A further status conference is set for December 3, 2012

        at 1:30 p.m.

    2.    The case is stayed while the parties work out a

        settlement.

    IT IS SO ORDERED.

    DATED:  August 28, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1