IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT KALANI,

      Plaintiff,

vs.

LEONE B. WIEBE, TRUSTEE OF THE LEONE B. WIEBE FAMILY TRUST DATED JUNE 13, 1990; HOLLYWOOD CAFÉ LODI, A California Corporation dba HOLLYWOOD FAMILY CAFÉ,

      Defendants.
_____/

Case No. 2:12-cv-0959 LKK DAD PS

<u>ORDER</u>

      On December 5, 2012, the assigned District Judge referred this matter to the undersigned pursuant to Local Rule 302(c)(21) because all defendants were proceeding pro se at that time.  (Doc. No. 21.)  On January 11, 2013, the undersigned ordered defendants to file a responsive pleading within twenty-one days.  (Doc. No. 24.)  On February 5, 2013, Elizabeth Stallard, Esq. filed a notice of appearance on behalf of defendant Leone B. Wiebe as well as an answer to plaintiff's complaint.  (Doc. Nos. 26 & 27.)

      Because defendant Wiebe is now represented by counsel and all defendants are no longer proceeding pro se, Local Rule 302(c)(21) no longer applies and the case will be referred

1

back to the assigned District Judge.  Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action.  The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

        Accordingly, IT IS HEREBY ORDERED that:

    1. This matter is referred back to the District Judge assigned to this action;

    2. All dates pending before the undersigned are vacated; and

    3. Henceforth the caption on documents filed in this action shall be No. 2:12-cv-0959 LKK DAD with the "PS" designation being eliminated.[1]

    IT IS SO ORDERED.

DATED: February 6, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\kalani0959.referback

---

[1] As opposed to the prior caption, No. 2:12-cv-0959 LKK DAD PS.