1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT KALANI,

11          Plaintiff,              Case No. 2:12-cv-0959 LKK DAD PS

12          vs.

13   LEONE B. WIEBE, TRUSTEE        ORDER
     OF THE LEONE B. WIEBE
14   FAMILY TRUST DATED JUNE 13,
     1990; HOLLYWOOD CAFÉ LODI,
15   A California Corporation dba
     HOLLYWOOD FAMILY CAFÉ,

16

17          Defendants.

18   _____/

19          On December 5, 2012, the assigned District Judge referred this matter to the

20   undersigned pursuant to Local Rule 302(c)(21) because all defendants were proceeding pro se at

21   that time.  (Doc. No. 21.)  On January 11, 2013, the undersigned ordered defendants to file a

22   responsive pleading within twenty-one days.  (Doc. No. 24.)  On February 5, 2013, Elizabeth

23   Stallard, Esq. filed a notice of appearance on behalf of defendant Leone B. Wiebe as well as an

24   answer to plaintiff's complaint.  (Doc. Nos. 26 & 27.)

25          Because defendant Wiebe is now represented by counsel and all defendants are no

26   longer proceeding pro se, Local Rule 302(c)(21) no longer applies and the case will be referred

1

back to the assigned District Judge.  Therefore, all pretrial motions, other than discovery

motions, should now be noticed for hearing before the District Judge assigned to this action.  The

assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-

(20).

                Accordingly, IT IS HEREBY ORDERED that:

                1.  This matter is referred back to the District Judge assigned to this action;

                2.  All dates pending before the undersigned are vacated; and

                3.  Henceforth the caption on documents filed in this action shall be

No. 2:12-cv-0959 LKK DAD with the "PS" designation being eliminated.[1]

                IT IS SO ORDERED.

DATED: February 6, 2013.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\kalani0959.referback

---

[1]  As opposed to the prior caption, No. 2:12-cv-0959 LKK DAD PS.