1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani

6

7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:12-cv-00959-LKK-DAD |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| LEONE B. WIEBE, TRUSTEE OF THE LEONE B. WIEBE FAMILY TRUST DATED JUNE 13, 1990; HOLLYWOOD CAFÉ LODI, A CALIFORNIA CORPORATION dba HOLLYWOOD FAMILY CAFÉ, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendant Leone B. Wiebe, Trustee of the Leone B. Wiebe Family Trust Dated June 13, 1990, the parties who have properly appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: April 22, 2013                    MOORE LAW FIRM, P.C.

                                        /s/Tanya E. Moore
                                        Tanya E. Moore
                                        Attorney for Plaintiff Robert Kalani

*Kalani v. Wiebe, et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

Date: April 16, 2013                             DOWNEY BRAND LLP

/s/ Elizabeth B. Stallard
Elizabeth B. Stallard
Attorneys for Defendant Leone B. Wiebe, Trustee of the Leone B. Wiebe Family Trust Dated June 13, 1990

## ORDER

1. The Answer of "Hollywood Café Lodi, a California Corporation dba Hollywood Family Café," was submitted by Darlene Machado, who identifies herself as "Defendant In Pro Per." It appearing that Ms. Machado is not an attorney, she may not make an appearance on behalf of defendant, nor file an Answer on its behalf. E.D. Cal. R. 183(a) ("A corporation or other entity may appear only by an attorney"); C.E. Pope Equity Trust v. U.S., 818 F.2d 696, 697 (9th Cir. 1987) (non-attorney "has no authority to appear as an attorney for others than himself"). Accordingly, the Answer (ECF No. 28), is hereby stricken, and defendant is deemed not to have made an appearance in this action.

2. The only other defendant, "Leone B. Wiebe, Trustee of the Leone B. Wiebe Family Trust Dated June 13, 19990," appearing by counsel, has stipulated with plaintiff to the dismissal of this action with prejudice in its entirety, with each party to bear its own attorneys' fees and costs. ECF No. 34.

Accordingly, the remaining parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated:  April 22, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*Kalani v. Wiebe, et al.*
Stipulation for Dismissal of Action; [Proposed] Order